IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – MINNESOTA AND LEAGUE OF WOMEN VOTERS OF MINNESOTA,<br><br>      Plaintiffs,<br><br>    v.<br><br>ATLAS AEGIS LLC, ANTHONY CAUDLE, JOHN DOES #1-10,<br><br>      Defendants. | Civil Action No. 0:20-cv-02195 |

# EXHIBIT 3

Screen capture of an advertisement placed on Facebook by Atlas Aegis, captured on October 9, 2020

**Atlas Aegis**

**ARMED SECURITY NOVEMBER ELECTIONS and PO...**
Contract · $700 / day
Minneapolis, Minnesota

[Apply Now]

ARMED SECURITY
NOVEMBER ELECTIONS
and
POST ELECTION SUPPORT MISSIONS
Minneapolis/St. Paul, MN
Atlas Aegis LLC, a Tennessee based security company, is staffing security positions in Minnesota during the November Election and beyond to protect election polls, local businesses and residences from looting and destruction. We are hiring Tier 1 and Tier 2 former SOF personnel only. We are anticipating the need will last well beyond the elections with 15 to 30 days of work for qualified applicants at the rate of $700 per day salary. Additionally, there will be a per diem rate of $210 per day for food, lodging and rental car. Transportation costs to and from Minnesota will also be reimbursed.
Total daily reimbursement is $910 Daily.
Applicants meeting the requirements outlined above will need to provide effort to get themselves licensed and certified in Minnesota. We will provide documents and instructions to assist the candidate if they are hired for the project. The money and effort for licensing shall be provided entirely by the potential agent and submitted via follow on instructions.
Useful Information;
• Post your resume to https://www.atlasaegis.com/careers/ and fill the application questionnaire online. When the form asks you to describe your background, please provide three to five sentence paragraph describing your SOF military background.
• Atlas Aegis is working with a locally licensed firm in Minnesota and is providing staffing only for this assignment.
• To be considered for this assignment, A SOF background is mandatory.
• Tier 1 and Tier 2 applicants only.
• Before sending your resume, please know that there are approx. $300 of expenses that will need to come out of your own pocket for government fees and MN licensing.
• If your resume is accepted further instructions will be provided. See Less