IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – MINNESOTA AND LEAGUE OF WOMEN VOTERS OF MINNESOTA,<br><br>           Plaintiff,<br><br>     v.<br><br>ATLAS AEGIS LLC, ANTHONY CAUDLE, JOHN DOES #1-10,<br><br>           Defendants. | Civil Action No. 0:20-cv-02195<br><br><br><br>**NOTICE OF HEARING ON TEMPORARY RESTRAING ORDER AND PRELIMINARY INJUNCTION** |

**PLEASE TAKE NOTICE** that a hearing regarding Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction will be held before the Honorable Nancy E. Brasel on **Monday, October 26, 2020, at 3pm** via Zoom meeting in Courtroom 3A of the United States District Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

The briefing schedule for this motion is as follows:

- Opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction to be filed and served no later than **Noon, Friday, October 23, 2020**;

- Plaintiffs' Reply in Support of its Motion for Temporary Restraining Order and Preliminary Injunction to be filed and served no later than **10am, Monday, October 26, 2020**.

Date: October 20, 2020

Respectfully submitted,

s/ Julia Dayton Klein
**LATHROP GPM LLP**
Julia Dayton Klein (MN Bar #0319181)
Amy Erickson (MN Bar #0399214)
500 IDS Center
80 South 8th Street

Minneapolis, MN 55402
Julia.DaytonKlein@lathropgpm.com
Amy.Erickson@lathropgpm.com
(612) 632-3153
(612) 632-3470

**EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP**
Jonathan S. Abady*
Mathew D. Brinckerhoff*
O. Andrew F. Wilson*
Debra L. Greenberger*
Vivake Prasad*
600 Fifth Avenue, 10th Floor
New York, NY 10020
Tel: 212-763-5000
jabady@ecbawm.com
mbrinckerhoff@ecbawm.com
awilson@ecbawm.com
dgreenberger@ecbawm.com

**FREE SPEECH FOR PEOPLE**
Ronald Fein*
John Bonifaz*
Ben Clements*
1320 Centre Street, Suite 405
Newton, MA 02459
Telephone: (617) 244-0234
jbonifaz@freespeechforpeople.org
rfein@freespeechforpeople.org
bclements@freespeechforpeople.org

**ATTORNEYS FOR PLAINTIFFS**

*Motions for admission *pro hac vice* forthcoming