# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Case Number:   0:20-cv-02195

COUNCIL ON AMERICAN-ISLAMIC
RELATIONS - MINNESOTA AND
LEAGUE OF WOMEN VOTERS OF
MINNESOTA,

|  |  |
|---|---|
| *Plaintiff(s)* | **RULE 7.1-CORPORATE DISCLOSURE STATEMENT** |

*v.*

ATLAS AEGIS LLC, ANTHONY
CAUDLE, JOHN DOES #1-10,

*Defendant(s)*

---

League of Women Voters of Minnesota

Makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does (party name) have a parent corporation?

   ☐ Yes          ☒ No

   If yes, the parent corporation is:  League of Women Voters of the United States; League of Women Voters Education Fund (both are national affiliates of Plaintiff, not corporate owners)

2. Is 10% or more of the stock of (party name) owned by a publicly held corporation?

   ☐ Yes          ☒ No

   If yes, identify all such owners:

Date:  October 20, 2020

s/Julia Dayton Klein_____
*Attorney Name:Julia Dayton Klein*
*Bar ID:MN Bar #319181*
*Law Firm:Lathrop GPM LLP*
*Address:80 South 8th St., 500 IDS Center*
*Minneapolis, MN 55402*
*Phone:612.632.3153*
*Email:julia.daytonklein@lathropgpm.com*
ATTORNEY FOR PLAINTIFFS