# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Case Number:   0:20-cv-02195

COUNCIL ON AMERICAN-ISLAMIC RELATIONS - MINNESOTA AND LEAGUE OF WOMEN VOTERS OF MINNESOTA,

         *Plaintiff(s)*      **RULE 7.1-CORPORATE DISCLOSURE STATEMENT**

v.

ATLAS AEGIS LLC, ANTHONY CAUDLE, JOHN DOES #1-10,
         *Defendant(s)*

Council on American – Islamic Relations - Minnesota

Makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does (party name) have a parent corporation?

   ☐ Yes     ☒ No

   If yes, the parent corporation is:

2. Is 10% or more of the stock of (party name) owned by a publicly held corporation?

   ☐ Yes     ☒ No

   If yes, identify all such owners:

Date:  October 20, 2020           s/Julia Dayton Klein
                                                     *Attorney Name:Julia Dayton Klein*
                                                     *Bar ID:MN Bar #319181*
                                                     *Law Firm:Lathrop GPM LLP*
                                                     *Address:80 South 8th St., 500 IDS Center*
                                                     *Minneapolis, MN 55402*
                                                     *Phone:612.632.3153*
                                                     *Email:julia.daytonklein@lathropgpm.com*
                                                     ATTORNEY FOR PLAINTIFFS