IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – MINNESOTA AND LEAGUE OF WOMEN VOTERS OF MINNESOTA,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>ATLAS AEGIS, LLC, ANTHONY CAUDLE, AND JOHN DOES #1-10,<br><br>　　　　　　Defendants. | Court File No.: 20-cv-2195 (NEB-BRT)<br><br>**ORDER GRANTING CITY OF SAINT PAUL'S MOTION FOR LEAVE OF THE COURT TO FILE AN *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS** |

On October 22, 2020, the City of Saint Paul ("Saint Paul") filed its Motion for Leave of the Court to File an Amicus Brief in Support of Plaintiffs (ECF No. 23). The Motion was presented without oral argument.

Based upon the moving and responsive papers and all of the files and records herein, including the arguments of counsel,

IT IS HEREBY ORDERED THAT:

1.　　Saint Paul's Motion for Leave of the Court to File an *Amicus* Brief in Support of Plaintiffs is granted.

2.　　Saint Paul shall enjoy *amicus curiae* status herein, and the Court shall accept the City of Saint Paul's Proposed Memorandum of Law, with the

2

Declaration and Exhibits filed therewith, as Saint Paul's *amicus* submission in support of Plaintiffs' pending motion for temporary injunctive relief.

Dated: October 22, 2020           s/Nancy E. Brasel
                                         NANCY E. BRASEL
                                         United States District Court Judge