| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| Council on American - Islamic Relations - Minnesota, et al.<br>　　　　　　　　　　　　　　　　Plaintiff,<br>v.<br>Atlas Aegis LLC, et al.<br>　　　　　　　　　　　　　　　　Defendant, | Court File Number<br>0:20-cv-02195<br><br>AFFIDAVIT OF SERVICE |

State of Tennessee } SS
County of Knox　　 }

I, **Sherry Stepp**, (Name of Server), state that on

10/22/2020 at 5:20 PM, I served the:

Summons for Atlas Aegis LLC; Summons for Anthony Caudle; Summons for John Does #1-10; Complaint; Exhibits; Declaration of Jaylani Hussein; Declaration of Julia Dayton Klein; Declaration of Michelle Witte; Memorandum of Law in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction; Motion for Temporary Restraining Order and Preliminary Injunction; Notice of Hearing on Temporary Restraining Order and Preliminary Injunction; [Proposed] Temporary Restraining Order; LR 7.1(f) Certificate of Compliance

upon: Atlas Aegis LLC & Anthony Caudle

therein named, personally at:　7515 Delbridge Road
　　　　　　　　　　　　　　　Mursfreesboro, TN 37127

by handing to and leaving with Anthony Caudle, the Chairman of Atlas Aegis LLC, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 10 / 23 /2020　　　**Sherry Stepp**
　　　　　　　　　　　　　　(Signature of Server)

　　　　　　　　　　　　　　**Sherry Stepp**
　　　　　　　　　　　　　　(Printed Name of Server)

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # LATGPL 244844 3177

Re: 9800191



Metro Legal
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com