# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – MINNESOTA AND LEAGUE OF WOMEN VOTERS OF MINNESOTA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ATLAS AEGIS LLC, ANTHONY CAUDLE, JOHN DOES #1-10,<br><br>　　　　Defendants. | Civil Action No. 0:20-cv-02195 NEB-BRT<br><br><br>**[AMENDED PROPOSED] TEMPORARY RESTRAINING ORDER** |

　　The above-captioned matter came before this Court on October 26, 2020 on Plaintiffs Council on American-Islamic Relations – Minnesota and League of Women Voters of Minnesota's ("Plaintiffs") Motion for Temporary Restraining Order and Preliminary Injunction to enjoin Defendants Atlas Aegis LLC and Anthony Caudle ("Defendants"). Julia Dayton Klein, Esq. of Lathrop GPM LLP appeared for and on behalf of the Plaintiffs. _____ of _____ appeared for and on behalf of the Defendants.

　　The Court finds that a temporary restraining order is warranted and will, therefore, grant Plaintiff's motion in part and temporarily enjoin Defendants.

## ORDER

　　Based on the foregoing, and all the files, records, and proceedings herein, IT IS HEREBY ORDERED that Plaintiffs Motion for Temporary Restraining Order and Preliminary Injunction is GRANTED IN PART as follows:

1. Defendants Atlas and Caudle (hereinafter "Defendants") shall be preliminarily enjoined pursuant to Fed. R. Civ. P. 65, effective immediately, from: (a) deploying armed agents within 2,500 feet of Minnesota polling places or otherwise monitoring Minnesota polling places during the 2020 election; (b) threatening to deploy armed agents to Minnesota polling places; and (c) otherwise intimidating, threatening, or coercing voters in connection with voting activities in Minnesota.

2. Defendants shall, by 12:00 p.m. Central Time on October 27, 2020, provide Plaintiffs' counsel by electronic mail to Julia Dayton Klein at julia.daytonklein@lathropgpm.com all available names telephone numbers, email, and mailing addresses of: (a) the "locally licensed firm in Minnesota" referred to in the Atlas Aegis "ARMED SECURITY" advertisement and in Mr. Caudle's interview with The Washington Post, and (b) the "consortium of business owners and concerned citizens" that Mr. Caudle referenced in his interview with the Washington Post, including each business owner and citizen included in that consortium.

3. At this time, a bond is not required pursuant to Federal Rule of Civil Procedure 65(c).

Date: October __, 2020

_____
Judge Nancy Brasel
United States District Court

GP:4835-1714-1968 v1