# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# STATUS CONFERENCE

| | |
|---|---|
| Council on American - Islamic Relations - Minnesota, et al., | **COURT MINUTES** |
| | BEFORE: Nancy E. Brasel |
| | U.S. District Judge |
| Plaintiffs, | |
| v. | |
| Atlas Aegis, LLC, et al., | |
| Defendants, | |

| | |
|---|---|
| Case No: | 20-cv-2195 (NEB/BRT) |
| Date: | October 26, 2020 |
| Courthouse: | Audio Conference |
| Courtroom: | NA |
| Court Reporter: | NA |
| Deputy: | Kristine Wegner |
| Time Commenced: | 8:30 a.m. |
| Time Concluded: | 8:45 a.m. |
| Time in Court | 15 minutes |

Status Conference on: **Settlement. The Court inquired the status of settlement. It was communicated that the parties have not reached a settlement on this matter and additional time is not needed to continue settlement negotiations.**

Plaintiffs: Amy Erickson, Ben Clements, John Bonifaz, Jonathan Abady, Julia Dayton Klein, Matthew Brinckerhoff, Ronald Fein and Vivake Prasad
Defendants: Terrance Moore and Carol Moss

PROCEEDINGS:

The Court inquired about the status of settlement. The parties have not reached a settlement on this matter and additional time is not needed to continue settlement negotiations. The parties are encouraged to continue working on settlement. The hearing is still scheduled for 3:00 p.m. today. A response to the Motion for TRO is due by 12:00 p.m. today.

Date: October 26, 2020

s/Kristine Wegner
Courtroom Deputy to Judge Nancy E. Brasel