UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Council on American-Islamic Relations-Minnesota and League of Women Voters of Minnesota,<br><br>Plaintiff,<br><br>v.<br><br>Atlas Aegis, LLC, Anthony Caudle, John Does #1-10,<br><br>Defendants. | Court File No.: 20-CV-02195(NEB/BRT)<br><br>**DECLARATION OF ANTHONY CAUDLE** |

STATE OF TENNESSEE       )
                                                 )ss
COUNTY OF RUTHERFORD  )

I, Anthony Caudle, state and declare:

1. I am co-founder, officer and employee of Atlas Aegis, LLC.

2. Attached as **Exhibit A** is a true and correct copy of the Assurance of Discontinuance agreement between Atlas Aegis and the Minnesota Attorney General filed in Ramsey County District Court, Court File No. 62-CV-20-5078, on October 23, 2020 (the "Assurance"). As an employee and officer of Atlas Aegis, I am bound by the terms of the Assurance and will comply with it.

3. Neither I, nor anyone else at Atlas Aegis, knows of any party that would fit the descriptions of the John Doe Defendants in the Complaint, except perhaps for the two parties named in paragraph 4 of the Assurance.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  October 26, 2020

ATLAS AEGIS, LLC

/s/ Anthony Caudle
Anthony Caudle