UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Council on American-Islamic Relations-Minnesota and League of Women Voters of Minnesota,<br><br>Plaintiff,<br><br>v.<br><br>Atlas Aegis, LLC, Anthony Caudle, John Does #1-10,<br><br>Defendants. | Court File No.: 20-CV-02195(NEB/BRT)<br><br>**DECLARATION OF TERRANCE W. MOORE** |

STATE OF MINNESOTA  )
                    )ss
COUNTY OF HENNEPIN  )

I, Terrance W. Moore, state and declare:

1. I am one of the attorneys representing Defendants Atlas Aegis, LLC and Anthony Caudle ("Subject Defendants") in the above-captioned matter. I submit this Declaration in support of Defendants Atlas Aegis, LLC and Anthony Caudle's Memorandum of Law in Opposition to Plaintiffs' Motion for a Temporary Restraining Order.

2. A true and correct copy of the Petition for Order Approving Assurance of Discontinuance agreement between Atlas Aegis and the Minnesota Attorney General that was filed in Ramsey County District Court, Court File No. 62-CV-20-5078, on October 23, 2020 is attached as **Exhibit A**.

3. A true and correct copy of Minnesota Attorney General Keith Ellison's Press Release dated October 23, 2020 is attached as **Exhibit B**.

4. A true and correct copy of a Press Release published by League of Women Voters of Minnesota and dated October 24, 2020 is attached as **Exhibit C**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

**HELLMUTH & JOHNSON**

Dated: October 26, 2020

/s/Terrance W. Moore
Terrance W. Moore