# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Council on American - Islamic Relations - Minnesota, et al., | |
| Plaintiffs, | |
| v. | |
| Atlas Aegis, LLC, et al., | |
| Defendants, | |

**COURT MINUTES**
BEFORE: Nancy E. Brasel
U.S. District Judge

| | |
|---|---|
| Case No: | 20-cv-2195 (NEB/BRT) |
| Date: | October 26, 2020 |
| Courthouse: | Video Conference |
| Courtroom: | NA |
| Court Reporter: | Erin Drost |
| Deputy: | Kristine Wegner |
| Time Commenced: | 3:00 p.m. |
| Time Concluded: | 3:45 p.m. |
| Time in Court | 45 minutes |

Motion Hearing on: **Motion For Temporary Restraining Order [4]**

Plaintiffs:   Ben Clements, Amy Erickson, Debra Greenberger, John Bonifaz, Jonathan Abady, Julia Dayton Klein, Matthew Brinckerhoff, Ronald Fein and Vivake Prasad

Defendants:   Terrance Moore and Carol Moss

PROCEEDINGS:

The Motion for TRO was moved, argued and taken under advisement. Order to be filed.

Date: October 26, 2020

s/Kristine Wegner
Courtroom Deputy to Judge Nancy E. Brasel