

80 South Eighth Street
500 IDS Center
Minneapolis, MN 55402
Main: 612.632.3000

Lathrop GPM LLP
lathropgpm.com

**Amy Erickson**
Attorney
amy.erickson@lathropgpm.com
612.632.3470

October 30, 2020

The Honorable Nancy E. Brasel **E-Filed**
United States District Court
316 North Robert Street
St. Paul, MN 55101

Re: *Council on American-Islamic Relations – Minnesota and League of Women Voters of Minnesota v. Atlas Aegis LLC, Anthony Caudle and John Does #1-10*
Case No. 0:20-cv-02195

Dear Judge Brasel:

Enclosed and served upon the Court is a copy of the Bond for Preliminary Injunction in the above-captioned action, which has been electronically notarized by Council on American-Islamic Relations – Minnesota and League of Women Voters of Minnesota. An original copy of the bond will be delivered to the Court.

Very truly yours,

LATHROP GPM LLP

By    /s/Amy Erickson
      Amy Erickson

AE/cdn
Enclosure
cc:   Julia Dayton Klein
      Terrance W Moore

GP:4821-2617-8512 v1