BOND NUMBER 9345921

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Council on American-Islamic Relations-Minnesota
and League of Women Voters of Minnesota,

               Plaintiffs,

v.

Atlas Aegis, LLC, Anthony Caudle, and John Does #1-10,

               Defendants.

**BOND FOR PRELIMINARY INJUNCTION**

Court File No. 20-CV-2195 (NEB/BRT)

KNOW ALL BY THESE PRESENTS, in consideration of the annual premium paid and the underwriting conditions agreed to, That we, Council on American-Islamic Relations-MN, and League of Women Voters of Minnesota, as Principal(s), and COLONIAL AMERICAN CASUALTY AND SURETY COMPANY of Schaumburg, Illinois, as Surety, are held and firmly bound unto Atlas Aegis, LLC, Anthony Caudle, and John Does #1-10 in the above entitled action in the sum of ($5,000.00) five thousand Dollars, lawful money of the United States, to be paid unto the said Atlas Aegis, LLC, Anthony Caudle, and John Does #1-10, their heirs, executors, administrators or assigns, for which payment well and truly to be made, we jointly and severally bind ourselves, and each of our heirs, executors and administrators firmly by these presents.

That the undersigned will at all times indemnify the Surety and save it harmless from and against any and all claims, demands, judgments, liabilities, loss, damage, or expense of every kind and nature including court costs and attorneys fees, which it shall sustain or incur in consequence of it having executed said bond. Absent further order of the Court this Bond will expire one year from date issued.

THE CONDITION OF THIS OBLIGATION is such, that whereas the above named Council on American-Islamic Relations-MN, and League of Women Voters of Minnesota have duly applied for a Preliminary Injunction against said Atlas Aegis, LLC, Anthony Caudle, and John Does #1-10 in this action according to the statute in such case provided.

NOW, THEREFORE, if the said Council on American-Islamic Relations-MN, and League of Women Voters of Minnesota shall pay the said Atlas Aegis, LLC, Anthony Caudle, and John Does #1-10 such damages as may be sustained by reason of said Preliminary Injunction if the Court finally decides that the said Council

BOND NUMBER 9345921

on American-Islamic Relations-MN, and League of Women Voters of Minnesota are not entitled thereto, then this obligation shall be void; otherwise to remain in full force.

IN TESTIMONY WHEREOF, We have hereunto set our hands and seal this 30th day of October 2020.

Signed, Sealed and Delivered in Presence of:

*Sarah Bagwell*
Witness

*Sarah Bagwell*
Witness

*[signature]*
Witness

Council on American-Islamic Relations-MN, et al
BY: *Jaylani Hussein*
Jaylani Hussein, Executive Director, CAIR-MN

League of Women Voters of Minnesota
BY: *Michelle Witte*
Michelle Witte, Executive Director

Colonial American Casualty and Surety Company
BY: *[signature]*
Matthew W. Davies, Attorney-in-Fact

APPROVAL
Approved this _____ day of _____ 20_____

_____
Judge

BOND NUMBER 9345921

## ACKNOWLEDGMENT OF PRINCIPAL(S)

STATE OF MINNESOTA    )
                     )ss.
COUNTY OF _____ )

BE IT KNOWN, that on the _____ day of _____ 20_____, personally appeared before me, Jaylani Hussein to me well known to be the person who executed the foregoing bond, and has acknowledged the same to be his own free act and deed, and that he executed the same for the uses and purposes therein expressed.

(SEAL)                                              _____
                                                              Notary Public

STATE OF MINNESOTA    )
                     )ss.
COUNTY OF _____ )

BE IT KNOWN, that on the _____ day of _____ 20_____, personally appeared before me, Michelle Witte to me well known to be the person who executed the foregoing bond, and has acknowledged the same to be her own free act and deed, and that she executed the same for the uses and purposes therein expressed.

(SEAL)                                              _____
                                                              Notary Public

## ACKNOWLEDGMENT OF SURETY

STATE OF MINNESOTA    )
                     )ss.
COUNTY OF HENNEPIN    )

On this 30th day of October 2020, before me personally appeared Matthew W. Davies to me personally known, who being sworn did say that he is the Attorney-In-Fact of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, that the seal affixed to the foregoing instrument is the corporate seal of that corporation, and that said instrument was executed on behalf of the corporation by authority of its Board of Directors; he acknowledged said instrument to be the free act and deed of said corporation.

(SEAL)  PATRICIA J. ZASKE
        Notary Public-Minnesota
        My Commission Expires Jan 31, 2022

                                                    _____
                                                              Notary Public

## ZURICH AMERICAN INSURANCE COMPANY
## COLONIAL AMERICAN CASUALTY AND SURETY COMPANY
## FIDELITY AND DEPOSIT COMPANY OF MARYLAND
## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That the ZURICH AMERICAN INSURANCE COMPANY, a corporation of the State of New York, the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, a corporation of the State of Illinois, and the FIDELITY AND DEPOSIT COMPANY OF MARYLAND a corporation of the State of Illinois (herein collectively called the "Companies"), by **Robert D. Murray, Vice President**, in pursuance of authority granted by Article V, Section 8, of the By-Laws of said Companies, which are set forth on the reverse side hereof and are hereby certified to be in full force and effect on the date hereof, do hereby nominate, constitute, and appoint **Matthew W. DAVIES, Jonathan S. DAVIES and Patricia J. ZASKE, all of Minneapolis, Minnesota, EACH, its** true and lawful agent and Attorney-in-Fact, to make, execute, seal and deliver, for, and on its behalf as surety, and as its act and deed: any and all bonds and undertakings, and the execution of such bonds or undertakings in pursuance of these presents, shall be as binding upon said Companies, as fully and amply, to all intents and purposes, as if they had been duly executed and acknowledged by the regularly elected officers of the ZURICH AMERICAN INSURANCE COMPANY at its office in New York, New York., the regularly elected officers of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY at its office in Owings Mills, Maryland, and the regularly elected officers of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at its office in Owings Mills, Maryland, in their own proper persons.

The said Vice President does hereby certify that the extract set forth on the reverse side hereof is a true copy of Article V, Section 8, of the By-Laws of said Companies and is now in force.

IN WITNESS WHEREOF, the said Vice-President has hereunto subscribed his/her names and affixed the Corporate Seals of the said **ZURICH AMERICAN INSURANCE COMPANY, COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND**, this 26th day of February, A.D. 2020.

  

ATTEST:
ZURICH AMERICAN INSURANCE COMPANY
COLONIAL AMERICAN CASUALTY AND SURETY COMPANY
FIDELITY AND DEPOSIT COMPANY OF MARYLAND

By: Robert D. Murray
    Vice President

By: Dawn E. Brown
    Secretary

**State of Maryland**
**County of Baltimore**

On this 26th day of February, A.D. 2020, before the subscriber, a Notary Public of the State of Maryland, duly commissioned and qualified, **Robert D. Murray, Vice President and Dawn E. Brown, Secretary** of the Companies, to me personally known to be the individuals and officers described in and who executed the preceding instrument, and acknowledged the execution of same, and being by me duly sworn, deposeth and saith, that he/she is the said officer of the Company aforesaid, and that the seals affixed to the preceding instrument are the Corporate Seals of said Companies, and that the said Corporate Seals and the signature as such officer were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporations.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above written.

Constance A. Dunn, Notary Public
My Commission Expires: July 9, 2023

**EXTRACT FROM BY-LAWS OF THE COMPANIES**

"Article V, Section 8, <u>Attorneys-in-Fact</u>. The Chief Executive Officer, the President, or any Executive Vice President or Vice President may, by written instrument under the attested corporate seal, appoint attorneys-in-fact with authority to execute bonds, policies, recognizances, stipulations, undertakings, or other like instruments on behalf of the Company, and may authorize any officer or any such attorney-in-fact to affix the corporate seal thereto; and may with or without cause modify of revoke any such appointment or authority at any time."

**CERTIFICATE**

I, the undersigned, Vice President of the ZURICH AMERICAN INSURANCE COMPANY, the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, and the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, do hereby certify that the foregoing Power of Attorney is still in full force and effect on the date of this certificate; and I do further certify that Article V, Section 8, of the By-Laws of the Companies is still in force.

This Power of Attorney and Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the ZURICH AMERICAN INSURANCE COMPANY at a meeting duly called and held on the 15th day of December 1998.

RESOLVED: "That the signature of the President or a Vice President and the attesting signature of a Secretary or an Assistant Secretary and the Seal of the Company may be affixed by facsimile on any Power of Attorney...Any such Power or any certificate thereof bearing such facsimile signature and seal shall be valid and binding on the Company."

This Power of Attorney and Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY at a meeting duly called and held on the 5th day of May, 1994, and the following resolution of the Board of Directors of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at a meeting duly called and held on the 10th day of May, 1990.

RESOLVED: "That the facsimile or mechanically reproduced seal of the company and facsimile or mechanically reproduced signature of any Vice-President, Secretary, or Assistant Secretary of the Company, whether made heretofore or hereafter, wherever appearing upon a certified copy of any power of attorney issued by the Company, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seals of the said Companies, this __30__ day of __OCTOBER__, __2020__.

  

By: Brian M. Hodges
Vice President

**TO REPORT A CLAIM WITH REGARD TO A SURETY BOND, PLEASE SUBMIT A COMPLETE DESCRIPTION OF THE CLAIM INCLUDING THE PRINCIPAL ON THE BOND, THE BOND NUMBER, AND YOUR CONTACT INFORMATION TO:**

Zurich Surety Claims
1299 Zurich Way
Schaumburg, IL 60196-1056
www.reportsfclaims@zurichna.com
800-626-4577

**ACKNOWLEDGEMENT OF PRINCIPAL(S)**     **BOND NUMBER 9345921**

State of Minnesota    )
                      )
County of Hennepin    )

Before me, Sarah Elizabeth Bagwell, on this 30th day of October, 2020, personally appeared by means of interactive two-way audio and video communications, Jaylani Hussein, who has provided satisfactory evidence of identity, to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that they executed the same for the purposes and consideration therein expressed. This notarial act was an online notarization.

My Commission Expires:         *Sarah Bagwell* (DocuSigned)
1/31/22                        Notary Public / Name

My Commission No.: 31019387


State of Minnesota    )
                      )
County of Hennepin    )

Before me, Sarah Elizabeth Bagwell, on this 30th day of October, 2020, personally appeared by means of interactive two-way audio and video communications, Michelle Witte, who has provided satisfactory evidence of identity, to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that they executed the same for the purposes and consideration therein expressed. This notarial act was an online notarization.

My Commission Expires:         *Sarah Bagwell* (DocuSigned)
1/31/22                        Notary Public / Name

My Commission No.: 31019387