# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Council on American-Islamic Relations-Minnesota and League of Women Voters of Minnesota,<br><br>Plaintiff,<br><br>v.<br><br>Atlas Aegis, LLC, Anthony Caudle, John Does #1-10,<br><br>Defendants. | Civ. No. 20-2195 (NEB/BRT)<br><br>**ORDER** |

Pursuant to the Stipulation to Extend the Time to Respond to Complaint (Doc. No. 42), entered into by the parties, seeking additional time for Defendants Atlas Aegis, LLC and Anthony Caudle to answer or otherwise respond to the Plaintiffs' Complaint,

IT IS HEREBY ORDERED that the time in which Defendants Atlas Aegis, LLC and Anthony Caudle shall answer or otherwise respond to Plaintiff's Complaint is extended to **Tuesday, December 15, 2020.**

Date: December 1, 2020

*s/ Becky R. Thorson*
BECKY R. THORSON
U.S. Magistrate Judge