IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS – MINNESOTA, LEAGUE OF WOMEN VOTERS OF MINNESOTA,<br><br>Plaintiffs,<br><br>v.<br><br>ATLAS AEGIS LLC, ANTHONY CAUDLE, JOHN DOES #1-10,<br><br>Defendants. | Civil Action No. 20-CV-2195 (NEB/BRT)<br><br>**CONSENT MOTION TO ENTER CONSENT DECREE** |

Plaintiffs Council on American-Islamic Relations—Minnesota and League of Women Voters of Minnesota (collectively, "Voter Organizations"), with the consent of Defendants Atlas Aegis LLC and its chairman Anthony Caudle (collectively, "Defendants"), ask this Court to approve their settlement in this action and issue the proposed Consent Decree. The Defendants support this motion.

The Voter Organizations' complaint in this case alleges intimidation of voters under Section 11(b) of the Voting Rights Act of 1965, 52 U.S.C. § 10307(b). The proposed Consent Decree resolves all remaining issues in this lawsuit by subjecting Defendants to specified requirements through January 1, 2025. The proposed Consent Decree is within this Court's jurisdiction, furthers the objectives of the Voting Rights Act of 1965, is consistent with applicable federal and state law, and imposes no unreasonable burdens on any third parties.

1

Therefore, the Voter Organizations ask this Court to sign and enter the decree as final judgment in this action.

**FOR PLAINTIFFS COUNCIL OF AMERICAN-ISLAMIC RELATIONS— MINNESOTA AND LEAGUE OF WOMEN VOTERS OF MINNESOTA:**

Date: February 3, 2021

By: /s/ Julia Dayton Klein

LATHROP GPM LLP

Julia Dayton Klein (MN Bar #0319181)
Amy Erickson (MN Bar #0399215)
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 1.612.632.3153
julia.daytonklein@lathropgpm.com
amy.erickson@lathropgpm.com

FREE SPEECH FOR PEOPLE
Ronald Fein*
John Bonifaz*
Ben Clements*
1320 Centre Street, Suite 405
Newton, MA 02459
Telephone: (617) 244-0234
rfein@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org
*Admitted to D. Minn. *Pro Hac Vice*

*Attorneys for Plaintiffs*